IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CAROLYN GRANT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JO ANNE BARNHART, )<br>COMMISSIONER OF )<br>SOCIAL SECURITY, )<br>)<br>Defendant. ) | Civil Action No. 03-2572-KHV |

## ORDER GRANTING ATTORNEY'S FEES
## UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)

The Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this social security appeal, finds that reimbursement should be made for attorney fees in the amount of $2,850.00. The parties also agree, and the Court finds, that Plaintiff should be reimbursed for costs of $150.00 from the Judgment Fund administered by the Treasury Department.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney's fees under the EAJA in the amount of $2,850.00.

IT IS ALSO ORDERED THAT Plaintiff is awarded costs of $150.00 to be paid from the Judgment Fund administered by the Treasury Department.

IT IS SO ORDERED.

Dated this 5th day of May, 2005.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge

APPROVED BY:

s/ Joan H. Deans
J. H. Deans
6220 Blue Ridge Cut-Off
Suite 200
Raytown, Missouri 64133

Attorney for Plaintiff



ERIC F. MELGREN
United States Attorney


s/ Melanie D. Caro
Melanie D. Caro
Assistant United States Attorney
500 State Avenue
Suite 360
Kansas City, Kansas 66101-2433

Attorney for Defendant

2